**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CARDSOFT, INC. and CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC; | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:08-cv-00098-TJW |
| VERIFONE HOLDINGS, INC.; VERIFONE INC.; HYPERCOM CORPORATION; INGENICO S.A.; INGENICO CORP.; INGENICO INC.; WAY SYSTEMS, INC.; SHERA INTERNATIONAL LTD.; and BLUE BAMBOO (USA), INC.; | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

## ORDER

Before the Court is Plaintiffs Cardsoft, Inc. and CardSoft (Assignment for the Benefit of

Creditors), LLC's (collectively "CardSoft") Unopposed Motion to Supplement Infringement

Contentions.

Finding the motion well taken, the Court hereby GRANTS the motion.

SO ORDERED.

SIGNED this 4th day of February, 2010.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE