IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARDSOFT, INC. and CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC;<br><br>Plaintiffs,<br><br>v.<br><br>VERIFONE SYSTEMS, INC.; VERIFONE INC.; HYPERCOM CORPORATION; INGENICO S.A.; INGENICO CORP.; INGENICO INC.; WAY SYSTEMS, INC.; SHERA INTERNATIONAL LTD.; and BLUE BAMBOO (USA), INC.;<br><br>Defendants. | Civil Action No. 2:08-cv-00098-TJW<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiffs Cardsoft, Inc. and CardSoft (Assignment for the Benefit of Creditors), LLC's (collectively "CardSoft") Unopposed Motion to Supplement Infringement Contentions.

Finding the motion well taken, the Court hereby GRANTS the motion.

SO ORDERED.

SIGNED this 17th day of August, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE