UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARDSOFT,INC. and<br>CARDSOFT (Assignment for the Benefit of Creditors), LLC<br><br>Vs<br><br>VERIFONE HOLDINGS, INC.;<br>VERIFONE, INC.;<br>HYPERCOM CORPORATION;<br>INGENICO S.A.;<br>INGENICO CORP.;<br>INGENICO, INC.;<br>WAY SYSTEMS, INC.;<br>SHERA INTERNATIONAL LTD;<br>BLUE BAMBOO (USA), INC. | Civil Action No. 2:08-cv-98 (TJW)<br><br>JURY<br><br>**UNOPPOSED** |

## ORDER GRANTING
## AMENDED INGENICO S.A., INGENICO CORP. AND INGENICO, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO SUPPLEMENT INFRINGEMENT CONTENTIONS

Defendants, Ingenico S.A., Ingenico Corp. and Ingenico, Inc., filed its unopposed motion to extend time to respond to Plaintiff's Motion to Supplement Infringement Contentions up to and including September 7, 2010. It is therefore,

ORDERED that Defendants, Ingenico S.A., Ingenico Corp. and Ingenico, Inc., have up to and including **September 7, 2010,** to respond to Plaintiff's Motion to Supplement Infringement Contentions.

SIGNED this 26th day of August, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE