**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CARDSOFT, INC. and CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC,<br><br>       Plaintiffs,<br>v.<br><br>VERIFONE SYSTEMS, INC., VERIFONE, INC. HYPERCOM CORP., INGENICO S.A., INGENICO CORP., INGENICO, INC., WAY SYSTEMS, INC., SHERA INTERNATIONAL LTD., and BLUE BAMBOO (USA), INC.<br><br>       Defendants | C.A. No. 2:08-CV-00098 TJW-CE |

## NOTICE OF COMPLIANCE REGARDING PATENT RULE 4-5(d)

Pursuant to Patent L.R. 4-5(d) and the Docket Control Order (D.I. 84), a CD containing the parties' Joint Claim Construction Charts for United States Patent Nos. 6,934,945 and 7,302,683, in WordPerfect format, was provided to the Court via hand delivery on Tuesday, June 28, 2011.

Dated: June 28, 2011      Respectfully submitted,

            By: /s/ *Donald R. McPhail*
              Donald R. McPhail (DC Bar No. 444508)
              Barry Golob
              Ryan T. Hardee
              DUANE MORRIS, LLP
              505 9th Street, NW
              Suite 1000
              Washington, DC 20004-2166
              drmcphail@duanemorris.com
              bgolob@duanemorris.com
              rthardee@duanemorris.com
              Tel: (202) 776-7800
              Fax: (202) 478-2516

              Thomas W Sankey
              Texas State Bar No. 17635670
              DUANE MORRIS, LLP
              1330 Post Oak Boulevard

        Suite 800
        Houston, TX 77056
        twsankey@duanemorris.com
        Tel: (713) 402-3900
        Fax: (713)402-3901

        William E. Davis, III
        Texas State Bar No. 24047416
        THE DAVIS FIRM, PC
        111 West Tyler Street
        Longview, TX 75601
        bdavis@bdavisfirm.com
        Tel: (903) 230-9090
        Fax: (903) 230-9661

        *Counsel for Plaintiffs CARDSOFT, INC. and CARDSOFT (ASSIGNMENT FOR BENEFIT OF CREDITORS), LLC.*

Dated: June 28, 2011        By: */s/ Robert W. Kantner*
        Robert W. Kantner
        State Bar No. 11093900
        DLA PIPER LLP (US)
        1717 Main Street, Suite 4600
        Dallas, Texas 75201-4629
        Phone: 214.743.4544
        Fax: 971.813.6256
        robert.kantner@dlapiper.com

        Aaron Gabriel Fountain
        DLA Piper US LLP - Austin
        401 Congress Ave
        Suite 2500
        Austin, TX 78701-3799
        Phone: 512-457-7190
        Fax: 512-721-2390
        aaron.fountain@dlapiper.com

        Melissa Richards Smith
        State Bar No. 24001351
        Gillam & Smith
        303 South Washington Avenue
        Marshall, Texas 75670
        Phone: 903.934.8450
        Fax: 903.934.9257
        melissa@gillamsmithlaw.com

        *Counsel for Defendants Hypercom Corp.,*

|  |  |
|---|---|
|  | *Blue Bamboo (USA), Inc. and Shera International, Ltd.* |
| Dated: June 28, 2011 | By: /s/ *John P. Fry*<br>John P. Fry<br>W Andrew McNeil<br>Morris, Manning & Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA  30326<br>Phone: 404.504.7728<br>Fax: 404.365.9532<br>jfry@mmmlaw.com<br>amcneil@mmmlaw.com<br><br>Melvin R. Wilcox, III<br>YARBROUGH & WILCOX PLLC<br>100 E. Ferguson St.<br>Tyler, Texas  75702<br>Phone: 903.595.1133<br>Fax: 903.595.0191<br>mrw@yw-lawfirm.com<br><br>*Counsel for Defendants Ingenico Inc., Ingenico S.A., and Ingenico Corp.* |
| Dated: June 28, 2011 | By: /s/ *Owen W. Dukelow*<br>Owen W. Dukelow<br>Shawn J Kolitch<br>David C Bourgeau , III<br>520 S.W. Yamhill, Suite 200<br>Portland, OR  97204<br>Phone:  503.224.6655<br>Fax:  503.295.6679<br>owen@khpatent.com<br>shawn@khpatent.com<br>bourgeau@khpatent.com<br><br>Earl Glenn Thames , Jr<br>Texas State Bar No. 00785097<br>Potter Minton<br>500 Plaza Tower<br>110 North College<br>Tyler, Texas 75702<br>Telephone (903) 597-8311<br>Fax (903) 593-0846<br>glennthames@potterminton.com |

*Counsel for Verifone Holdings, Inc. and Verifone, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on June 28, 2011.

   /s/ Donald R. McPhail
    Donald R. McPhail