IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARDSOFT, INC. and CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC,<br><br>*Plaintiffs*,<br><br>*v*.<br><br>VERIFONE SYSTEMS, INC., VERIFONE, INC., HYPERCOM CORPORATION, INGENICO S.A., INGENICO CORP., INGENICO INC., WAY SYSTEMS, INC., SHERA INTERNATIONAL LTD., and BLUE BAMBOO (USA), INC.,<br><br>*Defendants*. | Civil Action No. 2:08-CV-98 TJW<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING
### DEFENDANTS VERIFONE SYSTEMS, INC., VERIFONE, INC., AND HYPERCOM CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR REPLY IN SUPPORT OF MOTION FOR LEAVE TO <u>SUPPLEMENT INVALIDITY CONTENTIONS</u>

On this day the Court considered Defendants VeriFone Systems, Inc., VeriFone, Inc., and Hypercom Corporation's Unopposed Motion for Leave to Exceed Page Limits for Their Reply in Support of Motion for Leave to Supplement Invalidity Contentions. After careful consideration, the Court finds the Motion to be well taken.

Accordingly, the Court GRANTS Defendants VeriFone Systems, Inc., VeriFone, Inc., and Hypercom Corporation's Unopposed Motion for Leave to Exceed Page Limits for Their Reply in Support of Motion for Leave to Supplement Invalidity Contentions. Defendants' Reply in Support of Motion for Leave to Supplement Invalidity Contentions [Dkt. 249] may include up to 7 pages, excluding attachments.

**SIGNED this 5th day of October, 2011.**

{A35/7880/0002/W0487726.1 }

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE