IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CARDSOFT, INC et al., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civ. Act. No. 2:08-cv-98 |
| | § | |
| VERIFONE SYSTEMS, INC. et al., | § | |
|     Defendant. | | |

**O R D E R**

Before the Court is Defendants' Emergency Motion to Compel (Dkt. No. 266).

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** the above referenced motion (Dkt. No. 266) to the Honorable Caroline Craven for decision.

**IT IS SO ORDERED.**

SIGNED this 9th day of December, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE