**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CARDSOFT, INC. AND CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC, § § § § Plaintiffs, § v. § § VERIFONE SYSTEMS, INC., § VERIFONE, INC., HYPERCOM § CORP., INGENICO S.A., INGENICO § CORP., INGENICO, INC., WAY § SYSTEMS, INC., SHERA § INTERNATIONAL LTD. AND BLUE § BAMBOO (USA), INC., § § Defendants. § | Civil Action No. 2:08-CV-00098 JURY TRIAL DEMANDED |

## ORDER

Before this Court is the parties' Joint Motion to Extend Deadline for Certain Expert Rebuttal Reports. The Court has determined that the Joint Motion is well-taken and it is, therefore, hereby GRANTED. Plaintiffs' deadline to serve Tipton Cole's rebuttal report on invalidity and Defendants' deadline to serve Dr. Nettles's rebuttal report on infringement are hereby extended from January 3, 2012 to January 6, 2012.

**SIGNED this 10th day of January, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE