**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CARDSOFT, INC. and CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC; <br><br> Plaintiffs, <br><br> v. <br><br> VERIFONE SYSTEMS, INC.; VERIFONE INC.; HYPERCOM CORPORATION; INGENICO S.A.; INGENICO CORP.; INGENICO INC.; WAY SYSTEMS, INC.; SHERA INTERNATIONAL LTD.; and BLUE BAMBOO (USA), INC.; <br><br> Defendants. | Civil Action No. 2:08-cv-00098-RSP <br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Before this Court is Plaintiffs' CardSoft, Inc. and CardSoft (Assignment for the Benefit of Creditors), LLC's (collectively "Plaintiffs") Motion for Leave to Exceed Page Limits on its Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment of Infringement; and the Court having considered the matter; and for good cause shown:

It is therefore **ORDERED** that Plaintiffs' motion for leave to exceed page limits on its reply to Defendants' opposition to Plaintiffs' motion for summary judgment of infringement is hereby **GRANTED**.

**SIGNED this 2nd day of April, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE