IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARDSOFT, INC. and CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC;<br><br>Plaintiffs,<br><br>v.<br><br>VERIFONE SYSTEMS, INC.; VERIFONE INC.; HYPERCOM CORPORATION; INGENICO S.A.; INGENICO CORP.; INGENICO INC.; WAY SYSTEMS, INC.; SHERA INTERNATIONAL LTD.; and BLUE BAMBOO (USA), INC.;<br><br>Defendants. | Civil Action No. 2:08-cv-00098-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER

Before this Court is Plaintiffs' CardSoft, Inc. and CardSoft (Assignment for the Benefit of Creditors), LLC's (collectively "Plaintiffs") Unopposed Motion for Leave to File a Sur-reply In Opposition to Defendants' Motion to Strike the Supplemental Expert Report and to Exclude Related Opinion Testimony of J. Tipton Cole, CardSoft's Expert on Infringement; and the Court having considered the matter; and for good cause shown:

It is therefore **ORDERED** that Plaintiffs' Unopposed Motion for Leave to File a Sur-reply to Defendants' Reply to CardSoft's Opposition to Defendants' Motion to Strike the Supplemental Expert Report and to Exclude Related Opinion Testimony of J. Tipton Cole, CardSoft's Expert on Infringement is hereby **GRANTED**.

**SIGNED this 26th day of April, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE