# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1135

### CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC,
*Plaintiff – Appellee,*

v.

### VERIFONE, INC., HYPERCOM CORPORATION, VERIFONE SYSTEMS INC.,
*Defendants – Appellants,*

and

### INGENICO S.A., INGENICO CORP., INGENICO INC., WAY SYSTEMS, INC.,
*Defendants.*

Appeal from the United States District Court for the Eastern District of Texas in no. 2:08-cv-00098-RSP, Magistrate Judge Roy S. Payne.

## **MANDATE**

In accordance with the judgment of this Court, entered October 17, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $4523.52 were determined and taxed against the appellee.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Richard A. Bierschbach
Clerk of Court, Eastern District of Texas (Marshall)
Mark S. Davies
William Ellsworth Davis III
Brian David Ginsberg
Barry P. Golob
Robert W. Kantner
Donald R. McPhail
Kerry Brendan McTigue
Cam Thi Phan
E. Joshua Rosenkranz